UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-23427-CV-DIMITROULEAS

LUIS MILAGROS FELIZ FELIZ,

     Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), *et al.*,

     Respondents.

_____/

## ORDER GRANTING MOTION TO DISMISS

Petitioner Luis Milagros Feliz Feliz ("Petitioner") filed a *pro se* Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  [DE 1].  On May 20, 2026, Respondent Florida Soft Side South's filed a Motion to Dismiss Petition for Writ of Habeas Corpus (the "Motion").  [DE 7].  Therein, Respondent represents that Petitioner is detained at ***Krome Processing Center in Miami,*** and Florida Soft Side South is improperly named as a Respondent. Respondent seeks dismissal of Florida Soft Side South from this action. It appears that Petitioner was detained at the Federal Detention Center when he filed this petition.

Accordingly, it is **ORDERED AND ADJUDGED** as follows.

1. The Motion [DE 7] is **GRANTED, only as to this Defendant**. [1]

2. Respondent Florida Soft Side South is **DISMISSED** from this action.

3. The action otherwise remains **OPEN**.

---

[1] To the extent the motion seeks dismissal of the action in full, the motion is denied. "Misjoinder of parties is not ground for dismissing an action. On motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party." Fed. R. Civ. P. 21.

4.  The Clerk is **DIRECTED** to mail a copy of this Order to the addresses below. Petitioner

must keep this Court informed as to any address changes.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 21st

day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to
Luis Milagros Feliz-Feliz
37525-506
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101
PRO SE