UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 23427-CV-DIMITROULEAS

LUIS MILAGROS FELIZ FELIZ,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT (ICE), et al.,

Respondents.

_____/

## ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** is before the Court on Petitioner Johan Sebastian Palomino-Granada ("Petitioner")'s Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [DE 1], filed May 15, 2026. The Court has considered the Petition [DE 1], Respondents' Response [DE 9] and Respondents' Response to the Order to Show Cause [DE 12] and is otherwise fully advised in the premises.

Based on the recent ruling by the Eleventh Circuit Court of Appeals in *Hernandez Alvarez v. Warden, Federal Detention Center Miami, et al.,* Case Nos. 25-14065; 25-14075 (May 6, 2026), §1225(b)(2)(A) does not apply to Petitioner. Rather, § 1226(a) and its implementing regulations govern Petitioner's detention, entitling Petitioner to an individualized bond hearing as a detainee under § 1226(a). *See id.* The Court takes no position as to whether Petitioner should be granted release on bond by the Immigration Judge, just that Petitioner is entitled to an individualized bond hearing. The Court will not require Petitioner to first request a bond hearing from the immigration court; it is now clear that Petitioner seeks a bond hearing.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Petition [DE 1] is **GRANTED IN PART** as follows:

1. Respondents are required to afford Petitioner an individualized bond hearing by an immigration judge in accordance with *Hernandez Alvarez v. Warden, Federal Detention Center Miami, et al.,* Case Nos. 25-14065; 25-14075 (11th Cir. May 6, 2026) and § 1226(a).

2. The bond hearing shall occur within seven days, by June 8, 2026. Respondents shall file a notice in the record upon the completion of the bond hearing indicating (1) that an individualized bond hearing was afforded and (2) the outcome of that bond hearing.

3. A hearing in this matter is hereby set for 1:00 P.M. on **Tuesday, June 9, 2026**, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The hearing may be cancelled upon notification that the bond hearing was held.

4. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

5. The Court **RETAINS JURISDICTION** to enforce this Order.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of June, 2026.

Copies furnished to:
Counsel of Record

WILLIAM P. DIMITROULEAS
United States District Judge

**Luis Milagros Feliz-Feliz**
37525-506
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101
PRO SE